# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0090. CHARLES KEITH HERRING v. THE STATE.**

Following a jury trial, Charles Keith Herring was convicted of two counts of sexual exploitation of children. The trial court sentenced Herring to consecutive 20-year terms on both counts, with the first 25 years to be served in confinement and the remainder on probation. Herring filed a motion for new trial, which the trial court denied subject to a re-sentencing hearing. Herring then filed a notice of appeal to this court, but we lack jurisdiction because the appeal is premature.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." The record does not establish that a final disposition was entered after the re-sentencing hearing. Consequently, the case remains pending below, and Herring was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain appellate review at this juncture. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Boyd*, 191 Ga. App. at 435.

Upon entry of a trial court order resentencing Herring, the superior court clerk is DIRECTED to re-transmit the appeal to this Court and to include a copy of this order in the record transmitted at that time. Herring need not file a second notice of appeal to obtain appellate review at that time.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* __08/27/2021__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*